IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVE A MORRIS, | * |
| Petitioner, | * |
| v. | Case No. 5:22-cv-00187-MTT-CHW |
| | * |
| STATE OF GEORGIA, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 13, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 14th day of July, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk