IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| STEVE A. MORRIS | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:22-cv-187 (MTT) |
| | ) |
| STATE OF GEORGIA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

Steve Morris moves for an "evidentiary hearing," a "trial by jury of peers," and "to combine all three (3) case(s)." Docs. 47; 48. Morris references two other cases, "11 USCA 21-14724-G" and "11 USCA 22-13268-F." Docs. 47; 48. However, Morris' appeals were dismissed. Doc. 45; *see also Morris v. Rogers Dairy Farms*, No. 6:21-cv-54, Doc. 32 (S.D. Ga. Feb. 2, 2022); *Morris v. Ward*, No. 5:22-cv-189, Doc. 28 (M.D. Ga. Dec. 1, 2022). Accordingly, these motions for various relief (Docs. 47; 48) are procedurally improper and are **DENIED** as moot.

**SO ORDERED**, this 10th day of May, 2023.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT